721 A.2d 1

IN THE MATTER OF JOSEPH F. FLAYER,
AN ATTORNEY AT LAW.

December 10, 1998.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **JOSEPH F. FLAYER** of **NESHANIC STATION**, who was admitted to the bar of this State in 1976, be disbarred for violation of *RPC* 1.15(b) (knowing misappropriation of client funds) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) and said **JOSEPH F. FLAYER** having failed to appear on the return date of the order to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **JOSEPH F. FLAYER** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **JOSEPH F. FLAYER** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.